**Opinion issued April 6, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-22-00499-CV

_____

## IN THE INTEREST OF L.X.P. AND A.V.P., CHILDREN

---

**On Appeal from the 87th District Court**
**Leon County, Texas[1]**
**Trial Court Case No. FL-11-109**

---

## MEMORANDUM OPINION

Appellant, Luis Piedra, has failed to timely file a brief. *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellant did

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals for the Tenth District of Texas. *See* TEX. GOV'T CODE § 73.001 (authorizing transfer of cases between courts of appeals).

not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.